UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

DEBORAH NAGY and ROGER NAGY, h/w,

                  Plaintiff,      Civil No: 3:19-CV-18277

vs.

OUTBACK STEAKHOUSE OF FLORIDA, LLC.,      **VERDICT SHEET**

                  Defendants.

1. Was the Defendant, Outback Steakhouse Inc., negligent?

Yes √    No _____        Vote _____

2. Was Defendant's negligence a proximate cause of the incident and injuries?

Yes √    No _____        Vote _____

3. What sum of money will fairly and reasonably compensate the plaintiff, Deborah Nagy, for her pain and suffering; disability and impairment; and loss of enjoyment of life?

TOTAL $ 2,500,000.00

(*proceed to #4*)

4. What sum of money will fairly and reasonably compensate the plaintiff, Roger Nagy, for his loss of spouse's services; loss of companionship and comfort; and loss of marital relations that he sustained as a result of Defendant's negligence?

TOTAL $ 250,000.00

(*stop your deliberations and announce your verdict*)

_____
Signature of Foreperson

3/28/2024
Date