# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### TRENTON VICINAGE

---

DEBORAH NAGY and ROGER
NAGY, h/w,

                            Plaintiffs,        Civil No. 19-18277 (RK) (DEA)

    vs.

OUTBACK STEAKHOUSE OF
FLORIDA, LLC.,

                            Defendants.

---

**THIS MATTER** having been reached for trial on March 25, 2024, before the Honorable Robert Kirsch, U.S.D.J., for a trial by jury; and the Plaintiffs, Deborah Nagy and Roger Nagy, being represented by Alex Capozzi, Esq. of Brach Eichler LLC; and Defendant, Outback Steakhouse of Florida LLC, being represented by Norman Briggs, Esq. of the Briggs Law Firm; and the matter having been tried from March 25, 2024 to March 28, 2024; and the jury having returned a verdict of $2,500,000 in favor of Plaintiff, Deborah Nagy, and $250,000 in favor of Plaintiff, Roger Nagy, and against Defendant, Outback Steakhouse of Florida LLC;

It is on this 4th day of April 2024,

**ORDERED** that Judgment is entered on behalf of Plaintiff, Deborah Nagy, and against Defendant, Outback Steakhouse of Florida LLC, in the amount of $2,500,000, plus pre-judgment interest in the amount of $426,587.49, plus post-judgment interest in the amount of $1,878.42, for a total of $2,928,465.91; and it is further

**ORDERED** that Judgment is entered on behalf of Plaintiff, Roger Nagy, and against Defendant, Outback Steakhouse of Florida LLC, in the amount of $250,000, plus pre-judgment interest in the amount of $42,658.75, plus post-judgment interest in the amount of $187.84, for a total of $292,846.59.

The Honorable Robert Kirsch
United States District Judge